# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2025

### NO. 03-25-00718-CV

**Design Tech Homes of Texas, LLC, Appellant**

**v.**

**John Siemens and Vashti Siemens (As Co-Trustees of the John Siemens and Vashti Siemens Living Revocable Trust), Appellees**

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the interlocutory order signed by the trial court on August 22, 2025. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.